IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMIE BARNES                                                                                          PLAINTIFFS

V.                                                4:14-cv-4116

DOLGENCORP, LLC
d/b/a DOLLAR GENERAL                                                              DEFENDANTS

**ORDER**

    Before the Court is Plaintiff's Request for a Twelve Person Jury. (ECF No. 9). Pursuant to Federal Rule of Civil Procedure 38 and 48, and in accordance with this Court's Final Scheduling Order, Plaintiff requests that this matter be tried to a twelve-person jury. Plaintiff's request is permitted by Federal Rule of Civil Procedure 48 which provides that "[a] jury must begin with at least 6 and no more than 12 members…." Upon consideration, the Court finds that Plaintiff's motion should be and hereby is **GRANTED**. The trial of this matter will be before a twelve (12) person jury.

    IT IS SO ORDERED, this 5th day of May, 2015.

                                                       /s/ Susan O. Hickey
                                                       Susan O. Hickey
                                                       United States District Judge