IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMIE BARNES                                                            PLAINTIFFS

V.                                Case No. 4:14-cv-4116

DOLGENCORP, LLC
d/b/a DOLLAR GENERAL                                      DEFENDANTS

## **ORDER**

      Before the Court is the parties' Joint Motion to Dismiss. (ECF No. 14). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Motion is **GRANTED**, and Plaintiff's Complaint (ECF No. 3) is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

      IT IS SO ORDERED, this 14th day of January, 2016.

                                                       /s/ Susan O. Hickey
                                                       Susan O. Hickey
                                                       United States District Judge